IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03588-KAS

TREY FRANZOY,
PATRIOT CONTEST & GAMES, LLC, and
CHARLIE CHEDDA'S, LLC,

     Plaintiff,

v.

CHRISTOPHER SCHRODER, in his official capacity as Director of the Colorado Division of Gaming, Colorado Department of Revenue,
CHRISTOPHER SCHRODER, in his individual capacity,
MICHAEL PHIBBS, in his individual capacity,
DANIEL HARTMAN, in his individual capacity,
KIRSTEN GREGG, in his individual capacity,
CITY OF GRAND JUNCTION, COLORADO,
CITY OF PUEBLO, COLORADO, and
CITY OF COLORADO SPRINGS, COLORADO,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

     This matter is before the Court on Defendants Christopher Schroder, Michael Phibbs, Kirsten Gregg, and Daniel Hartman's **Unopposed Motion for Leave to File Excess Pages for Reply in Support of Motion to Dismiss** (the "Motion) [#53]. For good cause shown,

     IT IS HEREBY **ORDERED** that the Motion [#53] is **GRANTED**. Defendants Christopher Schroder, Michael Phibbs, Kirsten Gregg, and Daniel Hartman may file a Reply in Support of their Motion to Dismiss [#33] that does not exceed 21 pages excluding the signature block and certificate of service.

     Dated: March 16, 2026

2