IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-03588-KAS

TREY FRANZOY, an individual;
PATRIOT CONTEST & GAMES, LLC, a Wyoming limited liability company; and
CHARLIE CHEDDA'S, LLC, a Wyoming limited liability company,

    Plaintiffs,

v.

CHRISTOPHER SCHRODER, in his official capacity as Director of the Colorado Division of Gaming, Colorado Department of Revenue, and in his individual capacity;
MICHAEL PHIBBS, in his individual capacity;
DANIEL J. HARTMAN, in his individual capacity;
KIRSTEN GREGG, in her individual capacity;
CITY OF GRAND JUNCTION, COLORADO;
CITY OF PUEBLO, COLORADO; and
CITY OF COLORADO SPRINGS, COLORADO,

    Defendants.

### UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES FOR THE CITY OF PUEBLO'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS

Defendant, City of Pueblo, Colorado, by and through its attorneys, Lambdin & Chaney, LLP, respectfully requests leave of Court to file a Reply in Support of its Motion to Dismiss in excess of the applicable page limitation and states as follows:

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel conferred with opposing counsel regarding the relief requested in this motion. This Motion is <u>unopposed</u>.

1

## **ARGUMENT**

1. The Uniform Civil Practice Standards for Magistrate Judges set a presumptive limit of fifteen (15) pages for all motions and replies, excluding those filed under Fed. R. Civ. P. 56 or 65. D.C.COLO.MJ V.2.

2. Plaintiffs filed their Response to the City of Pueblo's Motion to Dismiss on March 2, 2025. See Document 43.

3. Plaintiffs' Response is twenty-three (23) pages in length inclusive of the caption, signature block, and certificate of service.

4. Plaintiffs' Response addresses multiple constitutional uses, including Article III standing, procedural due process, vagueness, First Amendment claims, and municipal liability.

5. Due to the formatting requirements applicable to reply briefs, Defendant requires additional pages in order to adequately and clearly address the arguments raised in Plaintiffs' Response.

6. Defendant has made efforts to keep its Reply concise and focused. Defendant does not seek leave to file an excessive Reply, but instead respectfully requests leave to file a Reply not exceeding twenty-three (23) pages exclusive of the caption, signature block, and certificate of service so that the Court may fully consider the issues presented.

7. No party will be prejudiced by allowing the expansion of the page limitation.

8. In compliance with D.C.COLO.LCivR 6.1(c), a copy of this Motion will be sent to The City of Pueblo, Colorado contemporaneously with the filing of this Motion.

WHEREFORE, for the foregoing reasons, Defendant The City of Pueblo, Colorado respectfully requests that the Court grant this Motion and permit Defendant to file a Reply in Support of its Motion to Dismiss that does not exceed twenty-three (23) pages.

DATED this 16th day of March, 2026.

*/s/ L. Kathleen Chaney*
L. Kathleen Chaney
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email: kchaney@lclaw.net
*Attorneys for Defendant City of Pueblo, Colorado*

# CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of March, 2026, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES FOR THE CITY OF PUEBLO'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS** was filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Edward C. Hopkins Jr., Esq.
Raymond K. Bryant, Esq.
Civil Rights Litigation Group, LLP
1543 Champa Street, Suite 400 80202
Phone: (720) 515-6165
E-mail: ed@rightslitigation.com
      raymond@rightslitigation.com
*Attorney for Plaintiffs*

Jonathan K. Cooper, Esq.
Anthony E. Derwinski, Esq.
Ruegsegger Simons & Stern, LLC
Civil Rights Litigation Group
1700 Lincoln Street, Suite 4500
Denver, CO 80203
Telephone: (303) 575-8070
Email: jcooper@rs3legal.com
      aderwinski@rs3legal.com
*Attorney for Defendants Phibbs, Hartman, Gregg, and Schroder in his individual capacity*

Anne H. Turner, Assistant City Attorney
30 S. Nevada Ave., Suite 501
Colorado Springs, CO 80903
Phone: (719) 385-5909
Email: anne.turner@coloradosprings.gov
*Attorneys for Defendant City of Colorado Springs*

*Printed copy with original signature on file at the office of Lambdin & Chaney, LLP*

      */s/ L. Kathleen Chaney*
      L. Kathleen Chaney, Esq.
      LAMBDIN & CHANEY, LLP

4