**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.      25-CV-03588-GPG-KAS

TREY FRANZOY, an individual;
PATRIOT CONTEST & GAMES, LLC, a Wyoming limited liability company, and
CHARLIE CHEDDA'S, LLC, a Wyoming limited liability company

     Plaintiffs,

v.

CHRISTOPHER SCHRODER, in his official capacity as Director of the Colorado Division of
gaming, Colorado Department of Revenue, and in his individual capacity;
MICHAEL PHIBBS, in his individual capacity;
DANIEL J. HARTMAN, in his individual capacity;
KIRSTEN GREGG, in her individual capacity;
CITY OF GRAND JUNCTION, COLORADO;
CITY OF PUEBLO, COLORADO; and
CITY OF COLORADO SPRINGS, COLORADO

     Defendants.

---

**UNOPPOSED MOTION TO CONVERT SCHEDULING CONFERENCE TO A
STATUS CONFERENCE**

---

The City of Grand Junction, by and through its attorney Nicholas C. Poppe of Nathan

Dumm & Mayer P. C., hereby submits its Unopposed Motion to Convert Scheduling Conference

to a Status Conference, and states as follows:

1.     The undersigned conferred with all counsel. No party opposes the relief sought in

this Motion.

2.     A scheduling conference is currently set for April 6 at 10:30 a.m.

3.     The parties request that the scheduling conference be converted to a status

conference for the following reasons:

a.  The Defendants have submitted a motion to stay discovery, which may

obviate the need for a scheduling conference;

b.  A pro se party, Ivy Hansen, is seeking to intervene, yet it is unclear against

whom she is attempting to assert claims. A ruling, or at least clarification,

of her involvement in the case should be established before a scheduling

order is set.

c.  All Defendants have asserted motions to dismiss, which may reduce or

eliminate certain parties' involvement in the case. Postponing the

scheduling conference will allow a discussion of discovery and deadlines

to be streamlined once those motions are ruled upon.

DATED this 24th day of March, 2026.

s/Nick Poppe\
Nicholas C. Poppe\
NATHAN DUMM & MAYER P. C.\
7900 E. Union Avenue, Suite 600\
Denver, CO 80237-2776\
Telephone: (303) 691-3737\
Facsimile: (303) 757-5106\
ATTORNEYS FOR THE CITY OF GRAND\
JUNCTION

2

## CERTIFICATE OF SERVICE

I hereby certify that on 24th day of March, 2026 a true and correct copy of the foregoing **MOTION TO CONVERT** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edward C. Hopkins Jr., Esq.
Raymond K. Bryant, Esq.
Civil Rights Litigation Group, LLP
1543 Champa Street, Suite 400 80202
(720) 515-6165
ed@rightslitigation.com
raymond@rightslitigation.com
**Attorney for Plaintiffs**

Anne H. Turner, Assistant City Attorney
30 S. Nevada Ave., Suite 501
Colorado Springs, CO 80903
(719) 385-5909
anne.turner@coloradosprings.gov
**Attorneys for Defendant City of Colorado Springs**

L. Kathleen Chaney, Esq.
Eric D. Hevenor
Sara Hilario
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
kchaney@lclaw.net
ehevenor@Iclaw.net
shilario@Iclaw.net
**Attorneys for Defendant City of Pueblo, Colorado**

Anthony E. Derwinski
Ruegsegger Simons & Stern, LLC
1700 Lincoln Street, Suite 4500
Denver, Colorado 80203
(303) 623-1131
aderwinski@rs3legal.com
**Attorneys for Christopher Schroder, Michael Phibbs, Daniel J. Hartman, and Kristen Gregg**

3

*s/Nick Poppe*
Nicholas C. Poppe
Attorneys for  Defendant
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106
NPoppe@ndm-law.com

4