IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03588-GPG-KAS

TREY FRANZOY,
PATRIOT CONTEST & GAMES, LLC, a Wyoming limited liability company, and
CHARLIE CHEDDA'S, LLC, a Wyoming limited liability company,

      Plaintiffs,

v.

CHRISTOPHER SCHRODER, in his official capacity as Director of the Colorado
Division of Gaming, Colorado Department of Revenue,
CHRISTOPHER SCHRODER, in his individual capacity,
MICHAEL PHIBBS, in his individual capacity,
DANIEL J HARTMAN, in his individual capacity,
KIRSTEN GREGG, in her individual capacity,
CITY OF GRAND JUNCTION, COLORADO,
CITY OF PUEBLO, COLORADO, and
CITY OF COLORADO SPRINGS, COLORADO,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

      This matter is before the Court on Defendant's **Joint Motion to Stay Discovery and Disclosure Requirements Pending Determination on Motions to Dismiss** [#48] and Defendant City of Grand Junction's **Unopposed Motion to Convert Scheduling Conference to a Status Conference** [#66].

      IT IS HEREBY **ORDERED** that a Motion Hearing on both Motions is scheduled for **April 6, 2026**, at **10:30 a.m.** in Courtroom A-501, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. **Parties and/or attorneys located outside the Denver metropolitan area or who cannot reasonably make a personal appearance at a court hearing may request to appear by telephone or by videoconference.**

      Dated: April 1, 2026

Case No. 1:25-cv-03588-GPG-KAS    Document 69    filed 04/01/26    USDC Colorado
pg 2 of 2