IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-03588-KAS

TREY FRANZOY, an individual;
PATRIOT CONTEST & GAMES, LLC, a Wyoming limited liability company; and
CHARLIE CHEDDA'S, LLC, a Wyoming limited liability company,

      Plaintiffs,

v.

CHRISTOPHER SCHRODER, in his official capacity as Director of the Colorado
Division of Gaming, Colorado Department of Revenue, and in his individual capacity;
MICHAEL PHIBBS, in his individual capacity;
DANIEL J. HARTMAN, in his individual capacity;
KIRSTEN GREGG, in her individual capacity;
CITY OF GRAND JUNCTION, COLORADO;
CITY OF PUEBLO, COLORADO; and
CITY OF COLORADO SPRINGS, COLORADO,

      Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

Eric D. Hevenor, Esq. of the law firm Lambdin and Chaney, LLP, hereby enters his appearance on behalf of Defendant, City of Pueblo, Colorado. Eric D. Hevenor, Esq. herein certifies that he is a member in good standing of the bar of this court.

DATED this 2nd day of April, 2026.

1

/s/ Eric D. Hevenor
L. Kathleen Chaney
Eric D. Hevenor
Sara Hilario
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email:  kchaney@lclaw.net; ehevenor@lclaw.net
shilario@lclaw.net
*Attorneys for Defendant City of Pueblo, Colorado*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of April, 2026, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Edward C. Hopkins Jr., Esq.
Raymond K. Bryant, Esq.
Civil Rights Litigation Group, LLP
1543 Champa Street, Suite 400 80202
Phone: (720) 515-6165
E-mail: ed@rightslitigation.com
      raymond@rightslitigation.com
*Attorney for Plaintiffs*

Anne H. Turner, Assistant City Attorney
30 S. Nevada Ave., Suite 501
Colorado Springs, CO 80903
Phone: (719) 385-5909
Email:  anne.turner@coloradosprings.gov
*Attorneys for Defendant City of Colorado Springs*

Jonathan K. Cooper, Esq.
Anthony E. Derwinski, Esq.
Ruegsegger Simons & Stern, LLC
Civil Rights Litigation Group
1700 Lincoln Street, Suite 4500
 Denver, CO 80203
Telephone: (303) 575-8070
Email: jcooper@rs3legal.com
      aderwinski@rs3legal.com
*Attorney for Defendants Phibbs, Hartman, Gregg, and Schroder in his individual capacity*

*Printed copy with original signature on file at the office of Lambdin & Chaney, LLP*

*/s/ Eric D. Hevenor*           
L. Kathleen Chaney, Esq.
Eric D. Hevenor, Esq.
Sara Hilario, Esq.
LAMBDIN & CHANEY, LLP

3