IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

Civil Action: 25-cv-03588-GPG-KAS     Date: April 6, 2026
Courtroom Deputy: Kally Myhaver     FTR – Courtroom A501

| *Parties:* | *Counsel:* |
|---|---|
| TREY FRANZOY, ET AL., | Edward Hopkins |
| Plaintiffs, | |
| v. | |
| CHRISTOPHER SCHRODER, ET AL., | Jonathan Cooper |
| | Eric Hevenor |
| | Sara Hilario |
| Defendants. | Nicholas Poppe (by telephone) |
| | Anne Turner (by VTC) |

## COURTROOM MINUTES

**MOTION HEARING**
**Court in session: 10:36 a.m.**

Court calls case.  Appearances of counsel.

Discussion and argument by counsel as to Unopposed Motion for Order to File Exhibits Under Seal by Defendant City of Pueblo, Colorado [ECF No. 35], Joint Motion to Stay Discovery and Disclosure Requirements Pending Determination on Motions to Dismiss by  Defendants City of Colorado Springs, CO, City of Grand Junction, Colorado, City of Pueblo, Colorado [ECF No. 48], and Unopposed Motion to Convert Scheduling Conference to a Status Conference by Defendant City of Grand Junction, Colorado [ECF No. 66].

For the reasons stated on the record, it is

**ORDERED:** Unopposed Motion for Order to File Exhibits Under Seal by Defendant City of Pueblo, Colorado [ECF No. 35] is DENIED WITHOUT PREJUDICE. Defendant shall file a new motion by **April 13, 2026** as outlined on the record.

**ORDERED:** Joint Motion to Stay Discovery and Disclosure Requirements Pending Determination on Motions to Dismiss by Defendants City of Colorado

Springs, CO., City of Grand Junction, Colorado, City of Pueblo, Colorado [ECF No. 48] is GRANTED.

14 days following ruling on the Motion to Dismiss, the parties shall file a joint motion to set a scheduling conference and submit a new proposed scheduling order.

**ORDERED:**  Unopposed Motion to Convert Scheduling Conference to a Status Conference by Defendant City of Grand Junction, Colorado [ECF No. 66] is GRANTED.

Hearing concluded.
**Court in recess:     11:22 a.m.**
Total time in court:     00:46

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.