

DATE FILED
June 24, 2024 6:19 PM
FILING ID: D1F3308D151CE
CASE NUMBER: 2024CV30253

| | | | | | |
|---|---|---|---|---|---|
| | | | | | X |
| Luckyduck Dual Screen | post2c1 | 701 W. 9th AL Post 2 | | X | |
| Luckyduck Dual Screen | post2c2 | 701 W. 9th AL Post 2 | | X | |
| Luckyduck Dual Screen | post2c3 | 701 W. 9th AL Post 2 | | X | |
| Luckyduck Dual Screen | post2c4 | 701 W. 9th AL Post 2 | | X | |
| Luckyduck Dual Screen | post2c5 | 701 W. 9th AL Post 2 | | X | |

SIGNATURE: _____     DATE: 03/31/23

RECEIVED BY: _____     DATE: _____

Attachment A
Defendants Motion To Dismiss
6.24.24