

**Nick Farley & Associates**

*6401 Davis Industrial Parkway*
*Suite A*
*Solon, Ohio  44139*
*(440) 914-TEST (8378)*
**www.nfa777.com**

DATE FILED: November 23, 2020 9:39 AM
FILING ID: 7E8FB1BD8FC575
CASE NUMBER: 2019CV20253

DATE FILED: September 10, 2025 4:16 PM
FILING ID: A06D6166B7E23
CASE NUMBER: 2024CV30253

November 22, 2020

Mr. Richard Bednarski
Sherman and Howard, LLC
90 South Cascade Avenue, Suite 1500
Colorado Springs, Colorado 80903

Re:    Report on the review and analysis of *Triangle Games Skill-Based Amusement System version 1.5.2* operated by Charlie Chedda's, LLC.

Dear Mr. Bednarski:

By request of counsel, **Nick Farley & Associates, Inc.** has conducted a review and examination of the *Triangle Games Skill-Based Amusement System version 1.5.2* operated by Charlie Chedda's, LLC.  Our review and examination has been undertaken on behalf of Mr. Richard Bednarski, from Sherman and Howard, LLC, for the benefit of Charlie Chedda's, LLC.  This document will be divided into sections representing the various stages of review and analysis conducted.

**Section I – System Components**

The *Triangle Games Skill-Based Amusement System* reviewed consisted of the following components:

| Component Name | Version |
|---|---|
| Point of Sale (POS) | 1.5.2 |
| Game Terminal Application | 1.5.2 |
| Triangle Games Administrative Application | 1.5.2 |
| System Server with MySQL Database | NA |

As tested, the *Triangle Games Skill-Based Amusement System* software components listed were installed on three (3) separate computers and were networked using commercially available networking equipment.



**EXHIBIT**
**B**

*Nick Farley & Associates*
**www.nfa777.com**

*Point of Sale (POS)*

The *POS* reviewed was comprised of a Windows-based computer running the *POS* web application which runs in a web browser.  The *POS* software permits the operator to perform the following tasks:

**Player Accounts:**

- Quick Add Points – provides a one-time PIN (Personal Identification Number) option which does not require a patron to be registered.  The cashier may add a configurable amount of points using fixed button amounts (100, 500, 1000, 2000, and 5000) which create a generic patron account and random PIN.

- Add Points – provides the cashier with a menu to look up and add points to registered patron accounts.

- Redeem Points – Provides the cashier with a menu to look up and redeem points on registered patron accounts.

- Reprint Last Ticket – allows the cashier to reprint the last transaction ticket.

**Customer Management:**

- Create Account – allows the cashier to register and create patron accounts.

- Edit Account – provides the cashier with a menu to look up and edit registered patrons.

- History Browse – provides the cashier with a menu to look up a registered patron to view "Current Total Points" and a history of points added and redeemed.

**Clerk:**

- Add Points – provides the cashier with a method to add funds (displayed as "points") to the drawer.

- Remove Points – provides the cashier with a method to remove funds (displayed as "points") from the drawer.

- Print Report – allows the cashier to print a report detailing the activity which occurs during the shift.

- Logout – logs out the current user on the *POS*.

*Game Terminal*

The Game Terminal reviewed operates using the *Game Terminal* web application which runs within a web browser.  This software manages the patron interface, enabling a participant to log in to the *Game Terminal* by entering their PIN.  The patron may then choose one of the available pattern recognition game themes to play using the points associated with their account.  As configured, the Game Terminal makes use of an entertaining video display consisting of reel "Shutters" which upon the "Play" button being initiated, will display shutters or (doors) over the symbols on the play screen before the outcome is displayed to the patron.

Charlie Chedda's, LLC – *Triangle Games Skill-Based Amusement System version 1.5.2* – Bednarski
NA_PATRGA_5229-01_EW – November 22, 2020
Page 3 of 17

### *Triangle Games Administrative Application*

The Triangle Games Administrative Application reviewed operates using the *Triangle Games Administrative Application* web application which runs within a web browser.  This software provides for management and configuration of the system.  The *Triangle Games Administrative Application* software allows an operator, with the proper login credentials, to perform administrative tasks which include but are not limited to the following:

- **Home** – provides a home screen for the *Administrative Application.*

- **Dashboard** – displays status and activity for a site which includes:

  o Points In / Points Out
  o Clerk Shift Information
  o Game Terminal Activity
  o Outstanding Plays
  o Active Terminals for the last eight (8) hours, and provides a list of the number of terminals in use per period (every 10 minutes)

- **System** – provides an interface to be used for server configuration.  The configuration options include but are not limited to:

  o Location Information
  o Cut-Off Time
  o Hand Count Value Configuration
  o PIN size configuration, which provides settings to enforce a minimum and maximum digit length for PIN numbers
  o Game Lounge Title Configuration
  o Outcome Generation Type
    ▪ Finite Pool – issues win outcomes from finite pools (**Configured during testing**)
    ▪ Default Random – issues win outcomes randomly without the use of finite pools
  o Bingo Configuration – if configured will display a Bingo card while playing the games.
  o Use Reel Shutters – provides an option to enable or disable the reel shutters.  When the shutters are disabled the reels for each pattern recognition game theme will spin instead of displaying the shutters. (**Reel Shutters were enabled at the time of testing**)

  **Skill Config**
  The Skill Config section of the "System" menu provides for various configurable options which affect the skill task of the game.  The various settings are described below:

  o Skill Configuration – provides configuration settings to enable or disable the skill feature or set the skill feature to "unordered" or "always down".

- ▪ Unordered – if configured, this option will allow the winning outcomes to appear in either the upper or lower selection options during the skill task. (**Configured during testing**)

- ▪ Always Down – if configured, this option will always set the winning outcome to the lower selection option during the skill task.

- o <u>Show consolation in reel</u> – provides configuration settings to display the optional "1 Point" consolation prize within the game to be displayed on the reels.

- o <u>Show Select Up / Down buttons</u> – provides configuration settings to display "Select Up" and "Select Down" buttons during the skill task.  These buttons will be used by the patron during the skill task.

- o <u>Show Hints</u> – provides a configuration to enable or disable a hint during the skill task to assist the patron.  If enabled, the game will display a flashing "Select" button to indicate the correct choice during the skill task.

- o <u>Button Reel Kind</u> – allows for the operator to configure the "Select" buttons used during the skill task to be Violet or Red / Green.

**Default Configuration**

The Default Configuration section of the "System" menu provides various configurable settings which include:

- o Host Name
- o Port Address
- o Coin Acceptor Configuration
- o Bill Acceptor Configuration
- o Button Panel Configuration
- o Ticket Printer Configuration
- o Hardware Emulation Mode

**Server Status**

The Server Status section of the "System" menu provides the current status of the server, and provides an option to set the server "Out of Service".

**Current Configurations**

The Current Configuration section of the "System" section provides the current configuration for the components connected to the system.  This section also provides configuration settings for the Session Timeout and Session Login Mode per device.

- • **Terminals** – provides terminal status and provides a link to the Finite Pool Status.

- • **Games** – displays a list of the pattern recognition game themes configured for play on the system.  Additionally, provides a method to disable games and update game configuration.

- **<u>Finite Pools</u>** – displays a list of the pattern recognition game themes configured for play on the system and provides finite pool details which include the name of the game; description; Total Won (Total of all Prizes for the pool); Total Outcomes; and Return to Player.  A search function is also available which provides filter options used to search for game outcomes from the finite pool.

- **<u>Notifications</u>** – provides for configuration settings and setup of notifications that can be sent via email daily or weekly.

- **<u>Users</u>** – allows for the lookup, setup, and configuration of the different users on the system.

- **<u>Player</u>** – allows for the lookup, setup, and configuration of the different patrons on the system.

- **<u>Reports</u>** – displays various report options on the activity on the system.

**<u>Please Note</u>:**   The *Triangle Games Skill-Based Amusement System version 1.5.2* reviewed contained numerous configuration settings that alter the behavior of the system.   It is recommended by ***Nick Farley & Associates, Inc.*** that the skill settings be enabled along with settings to enable the finite pool configuration.   Settings such as "Bingo" and "Default Random" should not be enabled.

### *System Server*

The *System Server* reviewed operates using a commercially available Linux operating system and the commercially available *MySQL Server* software.  The *System Server* is responsible for selecting game outcomes and maintaining the system database, which stores relevant system data; system configuration settings; and patron account data.

## Section II - General Information

Game play begins after the patron has logged in using a PIN obtained from the *POS*.  The patron then selects a pattern recognition game theme from the eleven (11) available pattern recognition game themes, and one of the play levels from which to participate.  A patron may change their desired play level at any time prior to engaging in game play.  A participant is not required to exhaust all of the points at once, or on the same pattern recognition game theme.  The participant is afforded the opportunity to change pattern recognition game themes and select different levels which will determine how many points will be used.

## Section III – Finite Pools of Outcomes

***Nick Farley & Associates, Inc.*** has evaluated each of the pattern recognition game themes offered by the *Triangle Games Skill-Based Amusement System*.  All outcomes revealed by the patron on the *Game Terminal* originate from separate finite pools of 100,000 outcomes for each pattern recognition game theme and play level.  The finite pool from which an

outcome is selected is based upon the amount of "Points" used to reveal outcomes and the pattern recognition game theme used.  Game outcome selection from a finite pool is not affected by the patron's actions while using the *Game Terminal.*  The patron is not forced to exhaust all of their points at once, or on the same pattern recognition game theme.  All pattern recognition game themes afford the participant an opportunity to reveal the results of game outcomes.

As configured, the use of pattern recognition game themes on the *Game Terminal* is facilitated through pre-created finite pools of game outcomes with assigned prize values.  These pre-created outcomes are randomly selected from the patron-selected pre-created finite pool without replacement.  Upon depletion of all game outcomes in a specific pool, the pool will automatically be replenished and will continue to randomly distribute game pieces.

**Please Note**:  Each reveal at the *Game Terminal* will reveal only one outcome at a time, and decrement the patron's points based upon the selected play level and pattern recognition game theme.

The finite pools are maintained by the *System Server* computer running the commercially available *MySQL* software.  The *Game Terminal* allows a participant to reveal the content of game outcome in a graphical manner using the eleven (11) different pattern recognition game themes.


### Section IV – Skill Function Information

Each pattern recognition game theme offered on the system contains a skill task (when configured for skill) that must be completed prior to the prize outcome being awarded to the patron.  As configured, the skill task is initiated after each play sequence that occurs.  Upon initiating the pattern recognition game theme by selecting the "Play" button on the video screen, all five (5) reels will be covered by shutters and then automatically reveal the symbols on the reels.  One of the five (5) reels will then be divided in half displaying two possible game outcomes.  The pattern recognition game theme provides the patron with two (2) "Select" buttons which will be used by the patron to select one (1) of the two (2) options displayed.  In addition, the patron will also be presented with a "1 Point" consolation prize button, which, upon selection, will grant the patron one (1) point and end the skill task and play sequence.

The patron will be tasked with evaluating the reels and choosing one (1) of the possible game outcomes or choosing the "1 Point" consolation prize in the event that the patron evaluates the reels and recognizes that the game outcome selection will not result in a favorable outcome.  The selection process must be completed within a ten (10) second time limit.

Should the patron fail, or choose not, to select one of the game outcomes presented during the skill task, the pattern recognition game theme will automatically select the game outcome which will result in a losing outcome.  In order to receive a winning outcome, the patron

must evaluate the reels and select the correct outcome, or select the "1 Point" consolation prize, which will award the patron one point.

While it is possible for the patron to lose every play initiated by not successfully evaluating the reels and failing to select the correct game outcome, or allowing for the timer to expire, the *Triangle Games Skill-Based Amusement System* allows for the possibility for a patron to win a prize for every play initiated.  As configured, for each play initiated, each pattern recognition game theme will display the "1 Point" consolation prize button which will award one point when selected during the skill task.

**Please Note**:  Our testing disclosed no built-in function that would interfere with the effect of the participant's actions in addressing the skill task, or mislead the participant.

### Section V - Game Specific Information

***Nick Farley & Associates, Inc.*** has evaluated each of the eleven (11) pattern recognition game themes offered by the *Triangle Games Skill-Based Amusement System*.  Each theme affords a patron an opportunity to select options that determine the quantity of points to be expended per play.  The pattern recognition game theme and play level will determine the specific finite pool from which the game outcome will be selected.

### *Pattern Recognition Game Themes*
The eleven (11) pattern recognition game themes that are available on the *Triangle Games Skill-Based Amusement System* are described below:

1.  *Golden Rome*
2.  *Hey Mambo*
3.  *Jewels of Persia*
4.  *Kings and God of the Nile*
5.  *The Power of Zeus*
6.  *Gorillas Realm*
7.  *Fortune Ducky*
8.  *Mermaids Pearl*
9.  *Asian Dreams*
10. *Mystery Lions*
11. *Queen of the Vikings*

The eleven (11) pattern recognition game themes available to the patron for revealing game outcomes at the Game Terminal through the depletion of Points are described as follows:

### *Asian Dreams*
*Asian Dreams* presents a video representation of a 5-reel, 40-line game. Symbols presented as the entertaining result of the game outcome employ an Asian theme.  The participant selects a play level in 40 point increments, ranging from a minimum of 20 points up to a maximum of 200 points.  As configured, each reel presented to the patron will display "Shutters" each time play is initiated and does not contain any spinning reels.

### *Fortune Ducky*
*Fortune Ducky* presents a video representation of a 5-reel, 30-line game.  Symbols presented as the entertaining result of the game outcome employ a Rubber Duck theme.  The

Charlie Chedda's, LLC – *Triangle Games Skill-Based Amusement System version 1.5.2* – Bednarski
NA_PATRGA_5229-01_EW – November 22, 2020
Page 8 of 17

participant selects a play level in 50 point increments, ranging from a minimum of 50 points up to a maximum of 250 points.  As configured, each reel presented to the patron will display "Shutters" each time play is initiated and does not contain any spinning reels.

### Gods and Kings of the Nile

*Gods and Kings of the Nile* presents a video representation of a 5-reel, 30-line game. Symbols presented as the entertaining result of the game outcome employ an Egyptian theme.  The participant selects a play level in 50 point increments, ranging from a minimum of 50 points up to a maximum of 250 points.  As configured, each reel presented to the patron will display "Shutters" each time play is initiated and does not contain any spinning reels.

### Golden Rome

*Golden Rome* presents a video representation of a 5-reel, 40-line game.  Symbols presented as the entertaining result of the game outcome employ a Roman theme.  The participant selects a play level in 40 point increments, ranging from a minimum of 40 points up to a maximum of 200 points.  As configured, each reel presented to the patron will display "Shutters" each time play is initiated and does not contain any spinning reels.

### Gorilla's Realm

*Gorilla's Realm* presents a video representation of a 5-reel, 30-line game.  Symbols presented as the entertaining result of the game outcome employ a Gorilla / Jungle theme. The participant selects a play level in 50 point increments, ranging from a minimum of 50 points up to a maximum of 250 points.  As configured, each reel presented to the patron will display "Shutters" each time play is initiated and does not contain any spinning reels.

### Hey Mambo!

*Hey Mambo!* presents a video representation of a 5-reel, 40-line game.  Symbols presented as the entertaining result of the game outcome employ a Musical / Dancing theme.  The participant selects a play level in 40 point increments, ranging from a minimum of 40 points up to a maximum of 200 points.  As configured, each reel presented to the patron will display "Shutters" each time play is initiated and does not contain any spinning reels.

### Jewels of Persia

*Jewels of Persia* presents a video representation of a 5-reel, 30-line game.  Symbols presented as the entertaining result of the game outcome employ a Persian / Jewel theme. The participant selects a play level in 50 point increments, ranging from a minimum of 50 points up to a maximum of 250 points.  As configured, each reel presented to the patron will display "Shutters" each time play is initiated and does not contain any spinning reels.

### Mermaid's Pearls

*Mermaid's Pearls* presents a video representation of a 5-reel, 30-line game.  Symbols presented as the entertaining result of the game outcome employ a Mermaid / Under the Sea

*Nick Farley & Associates*
**www.nfa777.com**

theme.  The participant selects a play level in 50 point increments, ranging from a minimum of 50 points up to a maximum of 250 points.  As configured, each reel presented to the patron will display "Shutters" each time play is initiated and does not contain any spinning reels.

### Mystery Lions

*Mystery Lions* presents a video representation of a 5-reel, 30-line game.  Symbols presented as the entertaining result of the game outcome employ a Lion theme.  The participant selects a play level in 50 point increments, ranging from a minimum of 50 points up to a maximum of 250 points.  As configured, each reel presented to the patron will display "Shutters" each time play is initiated and does not contain any spinning reels.

### Queen of the Vikings

*Queen of the Vikings* presents a video representation of a 5-reel, 40-line game.  Symbols presented as the entertaining result of the game outcome employ a Viking theme.  The participant selects a play level in 40 point increments, ranging from a minimum of 40 points up to a maximum of 200 points.  As configured, each reel presented to the patron will display "Shutters" each time play is initiated and does not contain any spinning reels.

### The Power of Zeus

*The Power of Zeus* presents a video representation of a 5-reel, 30-line game.  Symbols presented as the entertaining result of the game outcome employ Zeus / Greek God theme.  The participant selects a play level in 50 point increments, ranging from a minimum of 50 points up to a maximum of 250 points.  As configured, each reel presented to the patron will display "Shutters" each time play is initiated and does not contain any spinning reels.

## Section VI - Review of Source Code

Charlie Chedda's, LLC has provided **Nick Farley & Associates, Inc.** with the software source code associated with the *Triangle Games Skill-Based Amusement System version 1.5.2*, which includes the components detailed within section Section I – System Components.  The review and evaluation of software source code is essential in establishing system operation and game outcome determination.

Our review of the source code indicates that the *Triangle Games Skill-Based Amusement System* possesses a finite number of prize outcomes for each of the different play levels.  When exhausted, each finite set of prize outcomes is automatically replenished by the system.  As previously mentioned, the number of points required to reveal each prize outcome varies according to the play level and pattern recognition game theme selected by the patron.

The play level of each pattern recognition game theme determines the number of points to be played at a time.  Each time the participant engages in play, a prize outcome is randomly selected, and deducted from the predetermined pool of unrevealed prize outcomes assigned

*Nick Farley & Associates*
**www.nfa777.com**

to the selected play level.  The possible game outcomes are a depiction of the predetermined prize outcomes from the finite pools.

Additionally, the pattern recognition game themes listed in <u>Section V - Game Specific Information</u> contain a skill task, when configured, which must be completed by the patron before any prize is awarded to the patron.  The skill task that is played will determine the patron's actual prize, and it is based only on the patron's performance required to evaluate the reels and choose one (1) of the possible game outcomes presented, or choose the "1 Point" consolation prize in the event that the game outcome selection will not result in a favorable outcome.  The skill task must be completed within an allotted time of ten (10) seconds.

**<u>Please Note</u>**:  Our evaluation of the submitted source code disclosed no built-in function that would interfere with the effect of the participant's actions in addressing the skill task. However, it was discovered that configuration settings exist that can disable the skill task or configure the system in different operational modes.

## Section VII - System Software Information and Identification

The software associated with operating the *Triangle Games Skill-Based Amusement System* is housed within a single web archive (WAR) file located on the Linux based system server. The software housed on the system server controls the game processes, including the integrity of the skill task.  The file also contains the software for each of the web based system component.  The *Triangle Games Skill-Based Amusement System* WAR file, which contains the system software, has been listed below:

| File Name | Date/Time Creation | Bytes | FileCheck CRC-32 |
| --- | --- | --- | --- |
| dsgserver.war | 12/23/2015 15:53:20 | 501,425,997 | 5C85C87A |

The **FileCheck** program calculates a CRC32 value.  This value is a unique "signature" for the files examined (the single file in a specific directory in this instance).  The previously listed **FileCheck** CRC32 value will be obtained provided the file remains the same as tested. Should this file be altered in any way, the **FileCheck** CRC32 value will change.  A copy of the **FileCheck** CRC32 program may be obtained by contacting *Nick Farley & Associates, Inc.*

*Nick Farley & Associates, Inc..* would like to point out that all prize outcomes, which comprise the finite self-replenishing pools, are contained in the MySQL Server database on the System Server computer.  These finite self-replenishing pools are critical to the *Triangle Games Skill-Based Amusement System*.  The pools control the prize outcomes available to be won by the patron.  Please note that no **FileCheck** signature has been included for the SQL database since the database is dynamic, and its contents are expected to change due, in part, to unique configuration parameters, user information, and finite pool status with each system

*Nick Farley & Associates*
**www.nfa777.com**

implementation.  For example, each location will contain its own set of users and finite pools of prize outcomes.  Thus, the SQL database contains dynamic information and is expected to change.

## Section VIII - Findings and Conclusions

Based upon the review and analysis of the *Triangle Games Skill-Based Amusement System*, we have determined that, as configured, the prize outcome is based upon finite self-replenishing pools of prize outcomes.  Each pattern recognition game theme display offered on the *Triangle Games Skill-Based Amusement System* reveals prize outcomes pulled from finite self-replenishing sets of prize outcomes determined by the play level and pattern recognition game theme selected by the patron.  Multiple points may be expended to reveal a single prize outcome from the finite self-replenishing pool.

The finite self-replenishing pools of prize outcomes are generated by the *Triangle Games Skill-Based Amusement System*, statically stored, and randomly delivered to the participant at the Game Terminal.

In addition, to the finite pool mechanics previously described, the *Triangle Games Skill-Based Amusement System* also contains a skill task that must be completed by the patron for each play initiated on the system.  As previously stated, the patron will be tasked with evaluating the reels and choosing one (1) of the possible game outcomes presented, or choose the "1 Point" consolation prize in the event that the game outcome selection will not result in a favorable outcome.  The selection process must be completed within the ten (10) second time limit to for each play initiated.

For the purpose of our analysis of the *Triangle Games Skill-Based Amusement System*, legal counsel for Charlie Chedda's, LLC provided the definitions listed below:

- "Gambling" means risking any money, credit, deposit, or other thing of value for gain contingent in whole or in part upon lot, chance, the operation of a gambling device, or the happening or outcome of an event, including a sporting event, over which the person taking a risk has no control, but does not include:
  (a) Bona fide contests of skill, speed, strength, or endurance in which awards are made only to entrants or the owners of entries;
  (b) Bona fide business transactions which are valid under the law of contracts;
  (c) Other acts or transactions now or hereafter expressly authorized by law;
  (d) Any game, wager, or transaction that is incidental to a bona fide social relationship, is participated in by natural persons only, and in which no person is participating, directly or indirectly, in professional gambling;
  (e) Repealed.
  (f) Any use of or transaction involving a crane game, as defined in section 44-30-103(9); or
  (g) Sports betting conducted in accordance with part 15 of article 30 of title 44 and applicable rules of the limited gaming control commission.

*Nick Farley & Associates*
**www.nfa777.com**

- "Bet" means an amount placed as a wager in a game of chance or on a sports event, as defined in section 44-30-1501 (12).

- "Sweepstakes" means any competition, giveaway, drawing, plan, or other selection process or other enterprise or promotion in which anything of value is awarded to participants by chance or random selection that is not otherwise unlawful under other provisions of law; except that "sweepstakes" shall not be construed to include any activity of licensees regulated under part 6 of article 21 of title 24 or article 30 or 40 of title 44.

- "Entrant" means a person who is or seeks to become eligible to receive a prize offered in a sweepstakes.

-  "Gambling Device" means any device, machine, paraphernalia, or equipment that is used or usable in the playing phases of any professional gambling activity, whether that activity consists of gambling between persons or gambling by a person involving the playing of a machine….

- "Simulated Gambling Device" means a mechanically or electronically operated machine, network, system program, or device that is used by an entrant that displays simulated gambling displays on a screen or other mechanism…" and may include a "video game based on or involving the random or chance matching of different pictures, words, numbers, or symbols" or a "slot machine, where results are determined by reason of the skill of the player or the application of the element of chance, or both….

- "Slot Machine" means any mechanical, electrical, video, electronic, or other device, contrivance, or machine which, after insertion of a coin, token, or similar object, or upon payment of any required consideration whatsoever by a player, is available to be played or operated, and that, whether by reason of the skill of the player or application of the element of chance, or both, may deliver or entitle the player operating the machine to receive cash premiums, merchandise, tokens, or redeemable game credits, or any other thing of value other than unredeemable free games, whether the payoff is made automatically from the machines or in any other manner.

- "Contest" means any game, puzzle, competition, or plan that holds out or offers to prospective participants the opportunity to receive or compete for gifts, prizes, or gratuities as determined by skill or any combination of chance and skill; except that "contest" shall not be construed to include any activity of licensees regulated under part 6 of article 21 of title 24 or article 30 or 40 of title 44.

It has been requested that **Nick Farley & Associates, Inc.** provide responses to a set of questions while utilizing the provided definitions. The following questions were posed to us by Mr. Richard Bednarski of Sherman and Howard, LLC. Answers to these questions are based upon our review and analysis of the *Triangle Games Skill-Based Amusement System*.

*Nick Farley & Associates*
**www.nfa777.com**

1. *Is the outcome of the game or machine determined by the application of skill whereby the person playing or operating the game or machine controls the outcome of the game?*

The outcome of the game is determined by the patron evaluating the reels and choosing one (1) of the possible game outcomes, or choosing the "1 Point" consolation prize in the event that the patron evaluates the reels and recognizes that the game outcome selection will not result in a favorable outcome.  The patron must perform this task within a 10 second time constraint.  Should the patron fail to, or choose not to, perform the task within the 10 second time constraint, the patron will not receive a prize.  Additionally, if the patron evaluates the reels and chooses an outcome that does not result in a favorable outcome, the patron will not receive a prize.

a. *As to every iteration of game play, can the player win game credits or points without utilizing skill?*

No, the patron cannot win credits or points without performing the skill task.   All game outcomes will result in a zero award if no physical actions occur which require the patron to review each static reel, correctly recognize, and select the winning pattern, or select the "1 Point" consolation prize icon, within a 10 second time constraint.

b. *Please describe examples of the skill a player must utilize in each game to accomplish tasks that will result in the award of points.*

In each of the eleven (11) pattern recognition game themes available, the patron must evaluate the static reel symbol patterns, mentally compare each to the static reel options of configurations, mentally determine the configuration that will award points, and physically choose one of the patterns, or select the "1 Point" consolation prize icon, within a ten (10) second time frame.

c. *Is there an element of chance inherent in the game or machine whereby:*

  i. *The possibility of the player succeeding at the game or accomplishing the player's task is determined by the number or ratio of prior wins or prior losses of players playing the game?*

  No.  Accomplishing the patron's task is not determined by the number or ratio of prior wins or losses of any patron.

  ii. *An award of value is not based solely on the player achieving the object of the game or on the player's score:*

  No.  The value of a prize is determined by the outcome revealed from finite pools of outcomes.  The patron is awarded the value of the prize outcome by successfully evaluating the static reel symbol patterns, mentally comparing each of the static reel options of configurations, mentally determine the configuration that will award points, and physically choose one of the patterns, or select the "1 Point" consolation prize icon, within a ten (10) second time frame.

*Nick Farley & Associates*
**www.nfa777.com**

iii.    *The number of coupons or points awarded, or the value of the prize awarded, for successfully playing the game can be controlled by a source other than the player or players playing the game?*

No.  The number of points, or value awarded, for successfully participating in the game is not controlled by a source other than the patron's participation in the game.

iv.    *The ability of the player to succeed at the game is determined by a game feature or design that changes the effect of the player's actions and that is not discernible or known by the player?*

No.  The system reviewed did not contain any game features that are not visible or known to the patron.  As previously stated, the patron's success at the game is dependent upon the patron's ability to evaluate the static reel symbol patterns, mentally compare each of the static reel options of configurations, mentally determine the configuration that will award points, and physically choose one of the patterns, or select the "1 Point" consolation prize icon, within a ten (10) second time frame.

v.    *The accomplishment of the player's task requires the exercise of a skill that no player could exercise?*

The system reviewed contains a skill task which requires the patron to evaluate static reel symbol patterns, mentally compare each of the static reel options of configurations, mentally determine the configuration that will award points, and physically choose one of the patterns, or select the "1 Point" consolation prize icon, within a ten (10) second time frame.  It is our opinion that the task that is required by the system reviewed can be mastered by a person of reasonable intelligence and ability.

vi.    *A computer-based or mechanical random number generator or other factor that is not discernible, known, or predictable by the player determines the outcome or winner of the game?*

The computer-based RNG utilized with the system reviewed is used to draw the potential game prize from the finite pools of outcomes, and to provide the winning and losing symbol configuration/pattern options that the patron must evaluate during the skill task.  The patron then makes a selection based upon their ability to perform in the skill task, which will determine the game outcome.  Thus it is the patron's skill and decisions that determine the outcome or winner of each game.

*Nick Farley & Associates*
**www.nfa777.com**

    vii.    *The game is designed or adapted with a control device to allow manipulation of the game by the operator in order to prevent a player from winning or to predetermine which player will win?*

    No.  The game is not designed or adapted with a control device to allow manipulation of the game by the operator in order to prevent a patron from winning or to predetermine which patron will win.  Potential prize outcomes are drawn randomly from finite pools of outcomes using the built-in RNG.  The patron's ability to perform in the skill task will determine the outcome.

2. *Based on the definitions provided, would the Triangle Games Skill-Based Amusement System be defined as a simulated gambling device or gambling device?*

The definitions for *Gambling Device* and *Simulated Gambling Device* provided, involve the existence of predominant chance or risk outside of the control of the player, gambling, and/or wager settling based upon the reference to, and the provided definition of, "gambling" and "slot machine".  We are engaged in testing amusement redemption games, as well as casino slot machines, for compliance in regulated markets.  The *Gambling Device* definition would not apply to the *Triangle Games Skill-Based Amusement System* because the device is not used in the playing phases of gambling, and, being a bona fide contest of skill, meets the exemptions from the provided gambling definition.

The *Simulated Gambling Device* definition would also not apply, as the definition applies to devices used by a sweepstakes entrant.  Sweepstakes games are generally acknowledged to be games of chance and/or drawings with a free mode of entry (no-purchase necessary) being the only factor eliminating risk and/or proving that wagers are not being settled by the drawing and/or game.

The *Triangle Games Skill-Based Amusement System* features predetermined prizes and a skill task, which must be completed by the patron before any prize is awarded.  The outcome of the game is determined by the patron evaluating the reels and choosing one (1) of the possible game outcomes, or choosing the "1 Point" consolation prize in the event that the patron evaluates the reels and recognizes that the game outcome selection will not result in a favorable outcome.  The patron must perform this task within a 10 second time constraint.  Should the patron fail to, or choose not to, perform the task within the 10 second time constraint, the patron will not receive a prize.  Additionally, if the patron evaluates the reels and chooses an outcome that does not result in a favorable outcome, the patron will not receive a prize.

*Nick Farley & Associates*
**www.nfa777.com**

3. *Based on NFA/Eclipse's national and international experience in the gaming industry, do the tested amusement games meet the specific and technical definition of the term "slot machine" in any known jurisdiction?*

No.  The tested amusement games do not meet the specific and technical definition of the term "slot machine" in any known jurisdiction.  The Colorado definition of "slot machine" is unique inasmuch that the definition includes game "*results are determined by reason of the skill of the player*", additionally the definition also includes "*upon payment of any <u>required</u> consideration…*".  Most jurisdictions define a slot machine, or gambling, as an activity in which a person risks something of value for the possibility of winning a prize based upon an event that is determined by chance.  As configured, the system does not contain any spinning reels and the game outcomes are not determined primarily by an RNG, or chance event.  As previously stated, the system reviewed utilized five (5) static, non-spinning reels of symbols that, when play is initiated, displays shutters that will cover each static reel and then reveal new symbols, which requires the patron to mentally compare each of the static reel options of configurations, mentally determine the configuration that will award points, and physically choose one of the patterns, or select the "1 Point" consolation prize icon, within a ten (10) second time frame before a prize can be awarded.  Potential game outcomes (prizes) are issued from finite pools of outcomes.

4. *Do the tested amusement games meet the definition of a contest?*

Yes. The tested amusement games meet the definition of a contest because the system "holds out or offers to prospective participants the opportunity to receive or compete for" prizes that are available before any consideration is placed into the system and are solely determined by the skill of the participant, as previously described.

**Section IX – Terms and Conditions**

It is hereby expressed that **Nick Farley & Associates, Inc.** has reviewed the submitted game system through the engagement of play of the pattern recognition game themes, review of system components, and system configurations as well as the source code submitted.  **Nick Farley & Associates, Inc.** has performed extensive research and analysis to determine the findings and conclusions of fact presented in this document.  Our findings and conclusions are based exclusively on the information provided for our review.  Any changes or modifications of the information provided will require additional review to determine if they support the findings and conclusions of this report.  In such an instance, we reserve the right to amend or revise this document.

This document has been prepared by **Nick Farley & Associates, Inc.** at the request of Mr. Richard Bednarski of Sherman and Howard, LLC, for the benefit of Charlie Chedda's, LLC. Distribution of this document is limited exclusively to **Nick Farley & Associates, Inc.**, Mr. Richard Bednarski, and Charlie Chedda's, LLC.  This report shall not be reproduced, except

**Nick Farley & Associates**
**www.nfa777.com**

in full, without the written approval of **Nick Farley & Associates, Inc.**  Only authorized copies of this report received from **Nick Farley & Associates, Inc.** are considered to be authentic.  Upon request by an authorized party, **Nick Farley & Associates, Inc.** will send this report via email as directed.  **Nick Farley & Associates, Inc.** takes precautionary measures to secure the PDF document, but **Nick Farley & Associates, Inc.** does not send the email via any encrypted methodology.

Given that there are no specific regulatory standards available for systems of this nature, this document is NOT intended to express any opinion as to whether this system is authorized under any specific law.  However, we would like to note that this system is indeed a finite system with pre-determined pools of potential game outcomes.  In addition, as configured, the system requires that the patron perform a skill task before prizes are awarded.  The patron must evaluate static reel symbol patterns, mentally compare each of the static reel options of configurations, mentally determine the configuration that will award points, and physically choose one of the patterns, or select the "1 Point" consolation prize icon, within a ten (10) second time frame before a prize can be awarded.

This document is NOT an approval letter or expression of any opinion as to whether this system should be approved.  This document, in no way, warrants the operation of the system.

If you should have any questions or require additional information, please feel free to contact our office.

Sincerely,

Nick Farley
*President*

NF/sc
NA_CHACHE_5229-01_EW

*Nick Farley & Associates*
**www.nfa777.com**