IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher

Civil Action No. 25-cv-03588-GPG-KAS

IVY HANSEN,

     Movant,

TREY FRANZOY,
PATRIOT CONTEST & GAMES, LLC, a Wyoming limited liability company, and
CHARLIE CHEDDA'S, LLC, a Wyoming limited liability company,

     Plaintiffs,

v.

CHRISTOPHER SCHRODER, in his official capacity as Director of the Colorado Division of
Gaming, Colorado Department of Revenue,
CHRISTOPHER SCHRODER, in his individual capacity,
MICHAEL PHIBBS, in his individual capacity,
DANIEL J HARTMAN, in his individual capacity,
KIRSTEN GREGG, in her individual capacity,
CITY OF GRAND JUNCTION, COLORADO,
CITY OF PUEBLO, COLORADO, and
CITY OF COLORADO SPRINGS, COLORADO,

     Defendants.

---

**ORDER**

---

Before the Court is the Recommendation of United States Magistrate Judge Kathryn A.

Starnella (D. 76). This matter came before Judge Starnella on Movant Ivy Hansen's Motion to

Intervene **(**D. 37). Judge Starnella Recommended that the Motion to Intervene by denied. For the

following reasons, the Court AFFIRMS and ADOPTS the Recommendation.

1

The parties were advised that they had fourteen days, after being served with a copy of the Recommendation, to file written objections in order to obtain reconsideration by the District Judge assigned to the case.  *See* Fed. R. Civ. P. 72(b). No party has filed an objection to Judge Starnella's Recommendation.[1]

Under 28 U.S.C. § 636(b)(1)(B), this Court may designate a magistrate judge to consider dispositive motions and submit recommendations to the Court.  Fourteen days after issuance of a recommendation, the Court must "determine de novo any part of the magistrate judge's [recommended] disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3).  A party's failure to file such written objections may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations.  *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  When this occurs, the District Judge is "accorded considerable discretion" and may review a magistrate judge's report under any standard it deems appropriate.  *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas*, 474 U.S. at 150).

After reviewing all the relevant pleadings, the Court concludes that Judge Starnella's analysis was thorough and comprehensive, the Recommendation is well-reasoned, and the Court finds no clear error on the face of the record.  Accordingly, the Court AFFIRMS and ADOPTS Judge Starnella's Recommendation at D. 76 as an Order of this Court.  It is therefore Ordered that Movant Ivy Hansen's Motion to Intervene (D. 37) is denied.

    DATED May 6, 2026.

---

[1] Because Movant proceeds *pro se* and is not an electronic filer, the Court waited twenty-one days to review the Recommendation.

BY THE COURT:

Gordon P. Gallagher
United States District Judge