## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### District Judge Gordon P. Gallagher

Civil Action No. 25-cv-03588-GPG-KAS

TREY FRANZOY, an individual;
PATRIOT CONTEST & GAMES, LLC, a Wyoming limited liability company; and
CHARLIE CHEDDA'S, LLC, a Wyoming limited liability company,

      Plaintiffs,

v.

CHRISTOPHER SCHRODER, in his official capacity as Director of the Colorado Division of
Gaming, Colorado Department of Revenue, and in his individual capacity;
MICHAEL PHIBBS, in his individual capacity;
DANIEL J. HARTMAN, in his individual capacity;
KIRSTEN GREGG, in her individual capacity;
CITY OF GRAND JUNCTION, COLORADO;
CITY OF PUEBLO, COLORADO; and
CITY OF COLORADO SPRINGS, COLORADO,

      Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rule of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Order entered June 8, 2026 [D. 78] by Judge Gordon P. Gallagher, it is

ORDERED that Defendant City of Grand Junction, Colorado's Motion to Dismiss Plaintiff's Amended Complaint Pursuant to F.R.C.P. 12(B)(6) (D. 27) is GRANTED. It is

FURTHER ORDERED that Defendants Schroder, Phibbs, Hartman, and Gregg's Motion to Dismiss Plaintiff's First Amended Complaint (D. 33) is GRANTED. It is

FURTHER ORDERED that Defendant City of Colorado Springs, Colorado's Motion to Dismiss (D. 34) is GRANTED. It is

FURTHER ORDERD that Defendant City of Pueblo, Colorado's Motion to Dismiss (D. 36) is GRANTED. It is

FURTHER ORDERED that judgment is entered in favor of Defendants against Plaintiffs. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 8th day of June, 2026

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:    s/D. Clement
        Donald Clement,
        Deputy Clerk