**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  25-cv-3588-GPG-KAS

TREY FRANZOY, an individual;
PATRIOT CONTEST & GAMES, LLC, a Wyoming limited liability company; and
CHARLIE CHEDDA'S, LLC, a Wyoming limited liability company,

      Plaintiffs,

v.

CHRISTOPHER SCHRODER, in his official capacity as Director of the Colorado Division
    of Gaming, Colorado Department of Revenue, and in his individual capacity;
MICHAEL PHIBBS, in his individual capacity;
DANIEL J. HARTMAN, in his individual capacity;
KIRSTEN GREGG, in her individual capacity;
CITY OF GRAND JUNCTION, COLORADO;
CITY OF PUEBLO, COLORADO; and
CITY OF COLORADO SPRINGS, COLORADO,

      Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

---

Defendant City of Colorado Springs, Colorado ("Colorado Springs"), moves to extend its time to respond to Plaintiffs' Motion to Alter or Amend Judgment (Doc. 80) and Motion for Leave to File Second Amended Complaint (Doc. 81) by three weeks, stating as follows:

**D.C.COLO.LCivR 7.1(a) Certification:**  Undersigned counsel has conferred in good faith with counsel for Plaintiffs, Edward C. Hopkins Jr. Plaintiffs do not oppose the relief requested herein.

1.      Plaintiffs filed their Motion to Alter or Amend the Judgment Under Fed. R. Civ. P. 59(e) and their Motion for Leave to File a Second Amended Complaint Under Fed. R. Civ. P. 15(a) ("Motions") on July 6, 2026. (Docs. 80 and 81, respectively)

2.      Pursuant to D.C.COLO.LCivR 7.1(d), Colorado Springs's responses to the Motions are currently due on July 27, 2026. Colorado Springs requests an extension of three weeks, up to and including August 17, 2026, to file them.

3.      This is Colorado Springs's first request for extension of this deadline. It is not sought for purposes of delay, and the extension will not affect the other filing deadlines currently set in this case.

4.      Good cause exists to grant this motion. *See* Fed. R. Civ. P. 6(b)(1). In addition to the normal press of business, since the filing of Plaintiffs' Motions, undersigned counsel for Colorado Springs has had and will have the following obligations:

a.      Drafting a mediation statement in *Jonathan Zapanta v. Lilly Meyer et al.,* No. 25CV3259 (Dist. Ct., El Paso Cty., Colo.), by July 7, 2026;

b.      Negotiating easement terms and drafting a stipulation and a proposed order for immediate possession by July 10, 2026 in *City of Colorado Springs v. Weston Road Holding Company LLC, et al.* No. 2026CV31115 (Dist. Ct., El Paso Cty., Colo.);

c.      Preparing for and participating in a mediation conference in *Sexton v. City of Colorado Springs et al.*, No. 26-1219 (10th Cir.), on July 13, 2026 (morning);

d.      Participating in a mediation in *Jonathan Zapanta v. Lilly Meyer et al.,* No. 25CV3259 (Dist. Ct., El Paso Cty., Colo.), on July 13, 2026 (afternoon); and

e.     Drafting a comprehensive legal research memorandum on First Amendment issues for elected officials and executives of the City of Colorado Springs by July 13, 2026.

5.     In addition, undersigned counsel is out of the office from July 14, 2026 through July 26, 2026.

6.     Given these circumstances, undersigned counsel will not have sufficient time to prepare Colorado Springs's responses to the Motions by July 27, 2026, and requests a three-week extension of time in which to file them.

7.     Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel for Colorado Springs certifies that this Motion is being contemporaneously served via email on Colorado Springs Chief of Police, Adrian Vasquez.

WHEREFORE, Defendant City of Colorado Springs respectfully requests that this Court issue an order granting its Motion for Extension of Time and further ordering that it may have up to and including August 17, 2026, in which to file its responses to Plaintiffs' Motion to Alter or Amend the Judgment Under Fed. R. Civ. P. 59(e) and their Motion for Leave to File a Second Amended Complaint Under Fed. R. Civ. P. 15(a).

Respectfully submitted this 13th day of July 2026.

OFFICE OF THE CITY ATTORNEY
Stefanie Boster, City Attorney

*/s/ Anne H. Turner*
Anne H. Turner, Assistant City Attorney
30 S. Nevada Ave., Suite 501
Colorado Springs, Colorado 80903
Phone:  (719) 385-5909
Fax:  (719) 385-5535
Email:  anne.turner@coloradosprings.gov
*Attorneys for Defendant City of Colorado Springs*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 13th day of July 2026, I electronically filed and served the foregoing using the CM/ECF system, which will send notification of this filing to the following:

Edward C. Hopkins, Jr. - ed@rightslitigation.com
Raymond K. Bryant - raymond@rightslitigation.com
*Attorneys for Plaintiffs*

Jonathan Cooper - jcooper@rs3legal.com
Anthony E. Derwinski - aderwinski@rs3legal.com
*Attorneys for Christopher Schroder, Michael Phibbs, Daniel Hartman and Kirsten Gregg*

Nicholas C. Poppe - npoppe@ndm-law.com
*Attorney for City of Grand Junction*

L. Kathleen Chaney - kchaney@lclaw.net
Sara Hilario – shilario@lclaw.net
*Attorney for City of Pueblo*

*/s/ Eri Howard*
Eri Howard, Legal Secretary