IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-03588-GPG-KAS

TREY FRANZOY, an individual;
PATRIOT CONTEST & GAMES, LLC, a Wyoming limited liability company; and
CHARLIE CHEDDA'S, LLC, a Wyoming limited liability company,

  Plaintiffs,

v.

CHRISTOPHER SCHRODER, in his official capacity as Director of the Colorado
Division of Gaming, Colorado Department of Revenue, and in his individual capacity;
MICHAEL PHIBBS, in his individual capacity;
DANIEL J. HARTMAN, in his individual capacity;
KIRSTEN GREGG, in her individual capacity;
CITY OF GRAND JUNCTION, COLORADO;
CITY OF PUEBLO, COLORADO; and
CITY OF COLORADO SPRINGS, COLORADO,

  Defendants.

---

**DEFENDANT CITY OF PUEBLO'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' POST-JUDGMENT MOTIONS**

---

Defendant, City of Pueblo, Colorado ("Pueblo"), by and through its attorneys,
Lambdin & Chaney, LLP, hereby submits the following <u>unopposed</u> motion for an extension
of time to file its response to Plaintiffs' Motion to Alter or Amend the Judgment Pursuant to
Federal Rule of Civil Procedure 59(e) and Motion for Leave to File a Second Amended
Complaint. In support thereof, Pueblo states as follows:

**D.C.COLO.LCivR7.1(a) Certification:** On July 20, 2025, undersigned counsel for
the City of Pueblo, Colorado conferred with Plaintiff's counsel regarding the relief sought in
this motion and is authorized to state that Plaintiffs do not oppose the motion.

1

1. On July 14, 2026, Plaintiffs filed a Motion to Alter the Judgment Pursuant to Federal Rule of Civil Procedure 59(e) and a Motion for Leave to File a Second Amended Complaint.

2. Pueblo's response is currently due on July 27, 2026.

3. Plaintiffs' motions raise numerous issues and include a proposed Second Amended Complaint containing new allegations and facts. Pueblo requests additional time to review the filings with its client and prepare a response.

4. The requested extension is also consistent with the briefing schedule already approved by the Court. Specifically, Defendant City of Colorado Springs requested, and the Court granted, a similar extension of time to respond to Plaintiffs' post-judgment motions.

5. The requested extension is sought in good faith, prior to the current deadline, and no party will be prejudiced by it.

6. Pursuant to D.C.COLO.LCiv 6.1(c), the undersigned certifies that they are contemporaneously sending a copy of this Motion to the proper representatives for service on the City of Pueblo, Colorado.

WHEREFORE, The City of Pueblo, Colorado respectfully requests that this Court issue an order granting its motion for extension of time and further ordering that it may have up to an including August 17, 2026, in which to file its responses to Plaintiffs' Post-Judgment Motions.

DATED this 22nd day of July, 2026.

2

/s/ L. Kathleen Chaney
L. Kathleen Chaney, #29358
Sara Hilario, #60697
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email:  kchaney@lclaw.net
*Attorneys for Defendant City of Pueblo, Colorado*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2026, a true and correct copy of the foregoing **DEFENDANT CITY OF PUEBLO'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' POST-JUDGMENT MOTIONS** was filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Edward C. Hopkins Jr., Esq.
Raymond K. Bryant, Esq.
Civil Rights Litigation Group, LLP
1543 Champa Street, Suite 400 80202
*Attorney for Plaintiffs*

Anne H. Turner, Assistant City Attorney
30 S. Nevada Ave., Suite 501
Colorado Springs, CO 80903
*Attorneys for Defendant City of Colorado Springs*

Jonathan K. Cooper, Esq.
Anthony E. Derwinski, Esq.
Ruegsegger Simons & Stern, LLC
Civil Rights Litigation Group
1700 Lincoln Street, Suite 4500
 Denver, CO 80203
*Attorney for Defendants Phibbs, Hartman, Gregg, and Schroder in his individual capacity*

Ivy Hansen
1908 M Road
Fruita, CO 81521
*Pro Se Intervenor*

*Printed copy with original signature on file at the office of Lambdin & Chaney, LLP*

/s/ L. Kathleen Chaney
L. Kathleen Chaney, #29358
Sara Hilario, #60697

LAMBDIN & CHANEY, LLP

3