IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-03588-GPG-KAS

TREY FRANZOY, an individual;
PATRIOT CONTEST & GAMES, LLC, a Wyoming limited liability company; and
CHARLIE CHEDDA'S, LLC, a Wyoming limited liability company,

  Plaintiffs,

v.

CHRISTOPHER SCHRODER, in his official capacity as Director of the Colorado
Division of Gaming, Colorado Department of Revenue, and in his individual capacity;
MICHAEL PHIBBS, in his individual capacity;
DANIEL J. HARTMAN, in his individual capacity;
KIRSTEN GREGG, in her individual capacity;
CITY OF GRAND JUNCTION, COLORADO;
CITY OF PUEBLO, COLORADO; and
CITY OF COLORADO SPRINGS, COLORADO,

  Defendants.

---

**UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES FOR THE CITY OF PUEBLO'S RESPONSE TO PLAINTIFFS' MOTION TO ALTER OR AMEND THE JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e)**

---

Defendant, City of Pueblo, Colorado, by and through its attorneys, Lambdin & Chaney, LLP, respectfully requests leave of Court to file its Response in Opposition to Plaintiffs' Motion to Alter or Amend the Judgment Pursuant to Fed. R. Civ. P. 59(e) in excess of the applicable page limitation and states as follows:

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel conferred with opposing counsel regarding the relief requested in this motion. This Motion is <u>unopposed</u>.

1

## **ARGUMENT**

1.      The Uniform Civil Practice Standards for Magistrate Judges set a presumptive limit of fifteen (15) pages for all motions and responses, excluding those filed under Fed. R. Civ. P. 56 or 65. D.C.COLO.MJ V.2.

2.      Plaintiffs filed their Motion to Alter or Amend the Judgment Pursuant to Fed. R. Civ. P. 59(e) on July 6, 2026. See Doc. 80.

3.      Plaintiffs' Motion raises several issues concerning the Court's prior Order and Final Judgment, including alleged clear error and manifest injustice, the Court's analysis of Plaintiffs' claims, and the Court's determination that further amendment would be futile.

4.      Pueblo's Response addresses these issues as they relate specifically to the claims asserted against Pueblo and the grounds upon which Plaintiffs seek to vacate the Final Judgment and reopen this action.

5.      Given the number and nature of the issues raised, Pueblo requires limited additional pages to adequately and clearly address Plaintiffs' arguments.

6.      Pueblo has made efforts to keep its Response concise and focused. As currently drafted, the Response is twenty-one (21) pages, inclusive of the caption, signature block, and certificate of service.

7.      Pueblo therefore respectfully requests leave to file a Response not exceeding twenty-one (21) pages.

8.      No party will be prejudiced by allowing the expansion of the page limitation.

9.      In compliance with D.C.COLO.LCivR 6.1(c), a copy of this Motion will be sent to The City of Pueblo, Colorado contemporaneously with the filing of this Motion.

WHEREFORE, for the foregoing reasons, Defendant The City of Pueblo, Colorado respectfully requests that the Court grant this Motion and permit Pueblo to file its Response in Opposition to Plaintiffs' Motion to Alter or Amend the Judgment Pursuant to Fed. R. Civ. P. 59(e) not exceeding twenty-one (21) pages.

DATED this 14th day of August, 2026.

*/s/ L. Kathleen Chaney*
L. Kathleen Chaney
LAMBDIN & CHANEY, LLP
4949 South Syracuse Street, Suite 600
Denver, CO 80237
(303) 799-8889
(303) 799-3700 (facsimile)
Email:  kchaney@lclaw.net
*Attorneys for Defendant City of Pueblo, Colorado*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 14th day of August, 2026, a true and correct copy of the foregoing **<u>UNOPPOSED</u> MOTION FOR LEAVE TO FILE EXCESS PAGES FOR THE CITY OF PUEBLO'S RESPONSE TO PLAINTIFFS' MOTION TO ALTER OR AMEND THE JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e)** was filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Edward C. Hopkins Jr., Esq.
Raymond K. Bryant, Esq.
Civil Rights Litigation Group, LLP
1543 Champa Street, Suite 400 80202
Phone: (720) 515-6165
E-mail: ed@rightslitigation.com
       raymond@rightslitigation.com
*Attorney for Plaintiffs*

Jonathan K. Cooper, Esq.
Anthony E. Derwinski, Esq.
Ruegsegger Simons & Stern, LLC
Civil Rights Litigation Group
1700 Lincoln Street, Suite 4500
 Denver, CO 80203
Telephone: (303) 575-8070
Email: jcooper@rs3legal.com
       aderwinski@rs3legal.com
*Attorney for Defendants Phibbs, Hartman, Gregg, and Schroder in his individual capacity*

Anne H. Turner, Assistant City Attorney
30 S. Nevada Ave., Suite 501
Colorado Springs, CO 80903
Phone: (719) 385-5909
Email:  anne.turner@coloradosprings.gov
*Attorneys for Defendant City of Colorado Springs*

*Printed copy with original signature on file at the office of Lambdin & Chaney, LLP*

*/s/ L. Kathleen Chaney*
L. Kathleen Chaney, Esq.
LAMBDIN & CHANEY, LLP

4