**8.1.104: CHIEF OF POLICE; DUTIES:**

The Chief of Police shall be responsible for the discipline, good order and proper conduct of the Department, for the enforcement of all laws, ordinances and regulations and for the care and condition of the buildings, equipment, apparatus and all other property of the Department. The Chief of Police shall be responsible for assignment of all personnel employed by the Police Department. The Chief of Police shall have the authority to divide the City into geographic areas for the efficient delivery of police services. When this Code requires or authorizes the Chief of Police to act, the act may be taken by authorized employees, assistants or designees of the Chief. (Ord. 856; 1968 Code §7-13; 1980 Code; Ord. 01-42)

# Certification of Document

I, Sarah B. Johnson, City Clerk of the City of Colorado Springs, Colorado, do hereby certify that the attached is a true and complete copy of Section § 8.1.104 of the Code of the City of Colorado Springs, the original of which is held on record in the Office of the City Clerk of Colorado Springs, Colorado.

Dated in Colorado Springs, Colorado, August 12, 2026

Sarah B. Johnson, City Clerk

COLORADO SPRINGS
INCORPORATED
SEAL
SEPTEMBER 3, 1872
COLORADO