**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03588-GPG-KAS

TREY FRANZOY, an individual; PATRIOT CONTEST & GAMES, LLC, a Wyoming limited liability company; and CHARLIE CHEDDA'S, LLC, a Wyoming limited liability company

Plaintiffs,

v.

CHRISTOPHER SCHRODER, in his official capacity as Director of the Colorado Division of Gaming, Colorado Department of Revenue, and in his individual capacity; MICHAEL PHIBBS, in his individual capacity; DANIEL J. HARTMAN, in his individual capacity; KIRSTEN GREGG, in her individual capacity; CITY OF GRAND JUNCTION, COLORADO; CITY OF PUEBLO, COLORADO; and CITY OF COLORADO SPRINGS, COLORADO,

Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

To the clerk of court and all parties of record:

I, Alexa Schwartzman of the Civil Rights Litigation Group, hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiffs Trey Franzoy, Patriot Contest & Games, LLC, and Charlie Chedda's, LLC.

DATED at Denver, Colorado this 4th day of November, 2026.

Respectfully submitted by,

/s/ Alexa Schwartzman
Alexa Schwartzman, Registration #63628
Civil Rights Litigation Group, LLP

1543 Champa Street, Suite 400
Denver, CO 80202
Phone: (720) 515-6165
alexa@rightslitigation.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of November, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Jonathan K. Cooper
jcooper@rs3legal.com

Anthony Derwinski
aderwinski@rs3legal.com

Anne Turner
Anne.turner@coloradosprings.gov

*s/ Alexa Schwartzman*
Alexa Schwartzman